PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0091-TLN |
|---|---|
| Plaintiff, | |
| v. | ORDER TO FILE REDACTED COPY OF INDICTMENT |
| CARLOS LUIS VERA LA CRUZ, et al., | |
| Defendants. | |

The government's motion to unseal portions of the the indictment and keep any reference to the other defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated: May 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE