PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS LUIS VERA LA CRUZ, et al.,<br><br>　　　　　　Defendants. | NO. 2:24-CR-0091-TLN<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The Court GRANTS unsealing of the case against defendant Carlos Luis Vera La Cruz and authorizes the filing of a redacted indictment. The original indictment, filed April 18, 2024, shall remain sealed until further order of the Court.

Dated: May 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE