|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 20, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CARLOS LUIS VERA LA CRUZ,<br><br>        Defendant. | Case No.  2:24-cr-00091-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS LUIS VERA LA CRUZ , Case No.  2:24-cr-00091-TLN , Charge 18 USC § 371, from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

      X    Bail Posted in the Sum of $       25,000.00

    \_\_\_\_\_   Unsecured Appearance Bond $

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    \_\_\_\_\_   (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 20, 2024 at 4:00 PM

By: *Allison Claire*

Magistrate Judge Allison Claire