UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 21, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS LUIS VERA LA CRUZ,<br><br>    Defendant. | Case No.  2:24-cr-00091-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS LUIS VERA LA CRUZ , Case No. 2:24-cr-00091-TLN , Charge 18 USC § 371, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

            \_\_\_\_\_ Unsecured Appearance Bond $ _____

            \_\_\_\_\_ Appearance Bond with 10% Deposit

            \_\_\_\_\_ Appearance Bond with Surety

            \_\_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): The defendants release is delayed until 06/21/2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 21, 2024 at 10:20 AM.

By: *Allison Claire* (signature)

Magistrate Judge Allison Claire