HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorneys for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS VERA LA CRUZ,<br><br>　　　　Defendant. | Case No. 2:24-cr-00091-TLN-1<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>JUDGE: Hon. Allison Claire |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Vera La Cruz's conditions of pretrial release may be modified to change the language in release condition no. 10 to the following:

"You must participate in the following location monitoring program component and abide by all the requirements of the program, ***which will include having a location monitoring technology at the discretion of the Pretrial Services Agency***. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;"

　　　　Mr. Vera La Cruz is presently being supervised in the Southern District of Florida as a courtesy to the Eastern District of California. His assigned officer in SD/FL reported having a lot of issues with the location monitoring equipment ordered by the Court (Radio Frequency) due to connectivity issues in his residential area. To better supervise Mr. Vera La Cruz, his supervising officer needs the defendant's location monitoring equipment changed to a GPS monitor to

ameliorate the technical problems with the radio frequency monitoring.

Pretrial Services is requesting the modification to the language in condition no. 10. The defense and government have no objection to the modification of this condition. The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

|  |  |
|---|---|
|  | Respectfully submitted,<br>PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  June 27, 2024 | */s/ Elliot Wong*<br>ELLIOT WONG<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 27, 2024 | */s/ Mia Crager*<br>MIA CRAGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CARLOS VERA LA CRUZ |

**O R D E R**

**IT IS SO ORDERED** that condition no. 10 of Mr. Vera La Cruz's pretrial conditions be modified to:

"You must participate in the following location monitoring program component and abide by all the requirements of the program, ***which will include having a location monitoring technology at the discretion of the Pretrial Services Agency***. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;"

All other conditions of pretrial release shall remain in full force and effect.

DATED:     June 27, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE