HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00091-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | Date: July 11, 2024 |
| CARLOS VERA LA CRUZ | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Elliot Wong, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Carlos Vera La Cruz that the status conference, currently scheduled for July 11, 2024, be continued to October 10, 2024 at 9:30 a.m.

Defense counsel needs additional time to review discovery. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 10, 2024; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon time to complete an examination and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                        Respectfully submitted,

Dated: July 8, 2024                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     /s/ *Mia Crager*
                                                     MIA CRAGER
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     CARLOS VERA LA CRUZ


Dated:  July 8, 2024                    PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ *Elliot Wong*
                                                     ELLIOT WONG
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Stipulation and Order to Continue
Status Conference
-2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 10, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and (Local Code T4). It is further ordered the July 11, 2024 status conference shall be continued until **October 10, 2024**, at 9:30 a.m.

Dated:  July 8, 2024

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Continue
Status Conference

-3-