HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:24-cr-00091-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | Date:  October 10, 2024 |
| CARLOS VERA LA CRUZ | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through  Assistant United States Attorney Elliot Wong, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Carlos Vera La Cruz that the status conference, currently scheduled for October 10, 2024, be continued to January 9, 2025 at 9:30 a.m.

Defense counsel made follow up discovery requests to which the government responded. Defense counsel needs more time to review discovery and discuss it with her client. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 9, 2025;  pursuant to 18 U.S.C.

Stipulation and Order to Continue
Status Conference

-1-

§3161 (h)(7)(A) and (B)(iv) [Local Code T4] based upon time to complete defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 3, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
CARLOS VERA LA CRUZ

Dated:  October 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Elliot Wong*
ELLIOT WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue
Status Conference

-2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 9, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [Local Code T4]. It is further ordered the October 10, 2024 status conference shall be continued until **January 9, 2025**, at 9:30 a.m.

Dated:  October 3, 2024

_____
Troy L. Nunley
Chief United States District Judge