PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS LUIS VERA LA CRUZ, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-CR-00091-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER<br><br>DATE:<br>TIME:<br>COURT: Hon. Dena M. Coggins |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Carlos Luis Vera La Cruz, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing before Chief Judge Troy L. Nunley on January 9, 2025.

    a) On October 8, 2024, this case was reassigned to the Honorable Dena M. Coggins and all previously set appearances were vacated.

2. By this stipulation, the defendant now moves to set a status hearing in this matter on January 10, 2025, and to exclude time through January 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On May 28, 2024, the government made available and/or produced discovery associated with this case, which includes approximately 900 pages of documents, as well as media files.

    b) The government produced approximately 50 pages of additional discovery on September 12, 2024.

    c) Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with her client, explore potential defenses, and otherwise prepare for trial.

    d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from October 10, 2024, through January 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv)

[Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
CARLOS LUIS VERA LA CRUZ

IT IS SO ORDERED.

Dated:   **October 10, 2024**

Dena Coggins
United States District Judge