HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
CARLOS LUIS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00091-DC-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| CARLOS LUIS VERA LA CRUZ, | Date: March 7, 2025 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Elliot C. Wong, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Vera La Cruz, that the status conference, currently set for March 07, 2025, may be continued to May 16, 2025, with time between the dates excluded as detailed below. The parties specifically stipulate as follows:

1. Mr. Vera La Cruz's arraignment took place on May 28, 2024. Dkt. 17.

2. On May 28, 2024 and September 12, 2024, the government produced a total of 933 items discovery to the defense, which includes reports, videos, photos, Excel spreadsheets, and other documents.

3. In December 2024, the Office of the Federal Defender internally reassigned this case to undersigned defense counsel.

4. Undersigned defense counsel represents that she requires additional time to the above-noted discovery in this case, which includes almost 70 videos. She also represents that she requires additional time to investigate the case, conduct legal research, consider trial strategies, explore potential resolutions, and otherwise prepare for trial. As this case carries immigration repercussions, defense counsel also requires further time to research that complicated intersection. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Vera La Cruz in a speedy trial, and respectfully request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between March 07, 2025 and May 16, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Vera La Cruz in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank. Signature blocks immediately follow.*

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS |
| 3 |  | Federal Defender |
| 4 | Date: February 24, 2025 | */s/ Christina Sinha* |
|   |  | CHRISTINA SINHA |
| 5 |  | Assistant Federal Defender |
|   |  | Attorneys for Defendant |
| 6 |  | CARLOS LUIS VERA LA CRUZ |
| 7 |  |  |
| 8 |  |  |
|   | Date: February 24, 2025 | MICHELE BECKWITH |
| 9 |  | Acting United States Attorney |
| 10 |  |  |
|   |  | */s/ Elliot Wong* |
| 11 |  | ELLIOT WONG |
|   |  | Assistant United States Attorney |
| 12 |  | Attorneys for Plaintiff |

**O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the status conference set for March 7, 2025 is VACATED and RESET for May 16, 2025 at 9:30 AM in Courtroom 8 before the Honorable Dena M. Coggins. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the time period between March 7, 2025 and May 16, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  **March 3, 2025**

Dena Coggins
United States District Judge