1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   CARLOS LUIS VERA LA CRUZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) Case No. 2:24-CR-91-DC-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE** |
|  | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| CARLOS LUIS VERA LA CRUZ, | ) Date:  May 16, 2025 |
| Defendant. | ) Time: 9:30 A.M. |
|  | ) Judge: Hon. Dena Coggins |

16      IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney

17  Michele Beckwith, through Assistant United States Attorney Elliot C. Wong, counsel for Plaintiff;

18  and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

19  counsel for Mr. Vera La Cruz, that the status conference, currently set for May 16, 2025, may be

20  continued to July 18, 2025, with time between the dates excluded as detailed below.  The parties

21  specifically stipulate as follows:

22      1.   On May 28, 2024 and September 12, 2024, the government produced a total of 933

23           items discovery to the defense, which includes reports, videos, photos, Excel

24           spreadsheets, and other documents.

25      2.   In December 2024, the Office of the Federal Defender internally reassigned this

26           case to undersigned defense counsel.

27      3.   Undersigned defense counsel represents that she requires a Spanish language

28

1  interpreter to communicate with Mr. Vera La Cruz.

2  4.  Since the last continuance, defense counsel represents that she has continued to review discover, consulted with her client with the aid of an interpreter, conducted legal research, and negotiated with government counsel.

5.  Undersigned defense counsel further represents that she requires additional time to review the above-noted discovery in this case, which includes almost 70 videos. She also represents that she requires additional time to investigate the case, conduct legal research, consider trial strategies, explore potential resolutions, and otherwise prepare for trial. As this case carries immigration repercussions, and given the increased volatility in recent months concerning immigration consequences, defense counsel also requires further time to research that complicated intersection. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.  The government does not object to the continuance.

7.  Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Vera La Cruz in a speedy trial, and respectfully request the Court so to find.

8.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between May 16, 2025 and July 18, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Vera La Cruz in a speedy trial.

*The remainder of this page is intentionally blank.*

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2025                    */s/ Christina Sinha*
                                     CHRISTINA SINHA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     CARLOS LUIS VERA LA CRUZ


Date: May 7, 2025                    MICHELE BECKWITH
                                     Acting United States Attorney

                                     */s/ Elliot Wong*
                                     ELLIOT WONG
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for May 16, 2025, is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between May 16, 2025 and July 18, 2025 (inclusive) is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) (Local Code T4), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 9, 2025**

Dena Coggins
United States District Judge