1  WILLIAM F. PORTANOVA, SBN 281364
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95819
3  Telephone: (916) 444-7900
   wfp@portanova.com
4
   Attorney for Defendant
5  CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00091-DC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CARLOS VERA LA CRUZ, | |
| Defendant. | Date:  September 12, 2025<br>Time:  9:30 a.m.<br>Court: Hon. Dena Coggins |

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for a status conference on September 12, 2025. By this stipulation, Defendant Carlos Vera la Cruz moves to continue the status conference to October 17, 2025.

2. Undersigned defense counsel was appointed as counsel for the defendant on July 31, 2025.

3. Since defense counsel was appointed, the government has produced significant discovery, including financial documents, photographs, spreadsheets, and audio recordings. The majority of the discovery was produced on August 5, 2025.

1
STIPULATION & ORDER CONTINUING STATUS CONFERENCE

4. This is defense counsel's first request for a continuance.

5. Defense counsel requests that the presently set status conference be continued to allow for a meaningful discussion of government's evidence with the defendant and the government.

6. Additionally, prior to appointment as counsel, defense counsel booked a nonrefundable trip out of the country during the time of the presently set hearing.

7. Based on the above-stated facts, Defendant requests the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of September 12, 2025, up to October 17, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Dated: September 10, 2025    */s/ William F. Portanova*

WILLIAM F. PORTANOVA
Attorney for Defendant
CARLOS VERA LA CRUZ

Dated: September 10, 2025    ERIC GRANT
United States Attorney

*/s/ Elliot Wong*
By:
ELLIOT WONG
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME        2

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for September 12, 2025, is VACATED and RESET for October 17, 2025 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between September 12, 2025 and October 17, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 10, 2025**

Dena Coggins
United States District Judge