WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00091-DC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CARLOS VERA LA CRUZ, | |
| Defendant. | Date: October 17, 2025<br>Time: 9:30 a.m.<br>Court: Hon. Dena Coggins |

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for a status conference on October 17, 2025. By this stipulation, Defendant Carlos Vera la Cruz moves to continue the status conference to December 19, 2025.

2. This is the second request for a continuance. The first request for a continuance was granted, and continued the case from September 12, 2025, to October 17, 2025.

1
STIPULATION & ORDER CONTINUING STATUS CONFERENCE

3. Undersigned defense counsel took over representaiton in this case from AFD Christina Sinha on August 1, 2025.

4. On August 5, 2025, the government produced more than 933 items of discovery, including reports, photographs, excel spreadsheets, as well as approximately seventy videos.

5. Undersigned defense counsel represents that he requires a Spanish language interpreter to communicate with Mr. Vera La Cruz, who resides in Florida.

6. Since the last continuance, defense counsel represents that she has continued to review discovery, consulted with his client with the aid of an interpreter, conducted legal research, and negotiated with government counsel.

7. Defense counsel requires additional time to review the above-noted discovery in this case, which includes almost 70 videos, and to discuss the same with his client. Defense counsel also requires additional time to investigate the case, conduct legal research, consider trial strategies, explore potential resolutions, and otherwise prepare for trial.

8. Based on the above-stated facts, Defendant requests the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

9. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of October 17, 2025, up to December 19, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

//

//

1

2  Dated:  October 9, 2025                              */s/ William F. Portanova*
                                                        _____
3                                                       WILLIAM F. PORTANOVA
                                                        Attorney for Defendant
4                                                       CARLOS VERA LA CRUZ

5

6  Dated: October 9, 2025                               ERIC GRANT
                                                        United States Attorney
7
                                                        */s/ Elliot Wong*
8                                              By:      _____
                                                        ELLIOT WONG
9                                                       Assistant United States Attorney
                                                        (Per email authorization)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                  3

**ORDER**

The court, having received, read and considered the parties' stipulation filed on October 9, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for October 17, 2025, is VACATED and RESET for December 19, 2025 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary preparation for potential plea resolution, taking into consideration the exercise of due diligence, for the period from October 17, 2025, up to and including December 19, 2025. The court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 14, 2025**

Dena Coggins
United States District Judge