1 | ERIC GRANT
United States Attorney
2 | ELLIOT WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00091-DC |
|---|---|
| Plaintiff, | RENEWED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CARLOS LUIS VERA LA CRUZ, | DATE: December 19, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 19, 2025.

2. By this stipulation, defendant now moves to continue the status conference until February 6, 2026, and to exclude time between December 19, 2025, and February 6, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 900 items of discovery to the defense, which includes reports, videos, photos, excel spreadsheets, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The parties are currently engaged in plea negotiations, and anticipate that if

granted the requested continuance, should be able to execute a plea agreement and convert the next hearing to a change of plea hearing. The request for additional time to conclude plea negotiations is further justified by the facts that Defendant is on pretrial release and resides in Miami and speaks only Spanish.

  c) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2025 to February 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 17, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ ELLIOT WONG<br>ELLIOT WONG<br>Assistant United States Attorney |
| Dated:  December 17, 2025 | /s/ WILLIAM PORTANOVA<br>WILLIAM PORTANOVA<br>Counsel for Defendant<br>CARLOS LUIS VERA LA CRUZ |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

The court, having received, read and considered the parties' renewed stipulation filed on December 17, 2025 and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for December 19, 2025, is VACATED and a Status Conference (Possible Change of Plea Hearing) is SET for February 6, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between December 19, 2025, and February 6, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 17, 2025**                              _____
                                                                                    Dena Coggins
                                                                                    United States District Judge