WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
Wfp@Portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00091-DC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CARLOS VERA LA CRUZ, | Date:  February 27, 2026 |
| Defendant. | Time:  9:30 a.m. |
| | Courtroom: 10, 13th Floor |
| | Judge:  Hon. Dena Coggins |

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1.    By previous order, this matter was set for status on February 27, 2026

2.    By this stipulation, defendant now moves to continue the status conference until March 20, 2026 and to exclude time between February 27, 2026 and March 20, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes over 900 items of discovery to the defense, which includes reports, videos, photos, excel spreadsheets, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

STIPULATION & ORDER CONTINUING STATUS CONFERENCE

b)　　The parties are currently engaged in plea negotiations, and anticipate that if the requested continuance is granted, should be able to execute a plea agreement and convert the next hearing to a change of plea hearing.

c)　　The United States extended a plea offer in this case to the defendant on December 17, 2025.  Defense counsel is the process of properly advising the defendant as to the terms and likely impacts of that plea agreement on potential sentencing. Due to the defendant's residence in Miami, Florida and the need to coordinate a translator to provide counsel, the process of properly advising the defendant has taken more time than usual. Defendant also requires additional time to arrange travel from Miami to Sacramento to appear for the anticipated Change of Plea hearing.

d)　　Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.  Additionally, defense counsel requires a short continuance to coordinate defendants travel and appearance and fully prepare him for a potential change of plea hearing.

e)　　Defense counsel is CJA-appointed.  Allowing a short continuance would allow the defendant additional time to secure travel from Miami, Florida to the Eastern District.

f)　　Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)　　The government does not object to the continuance.

h)　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME　　　　　　2

§ 3161, et seq., within which trial must commence, the time period of February 27, 2026 to March 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  February 20, 2026

/s/ William F. Portanova
WILLIAM F. PORTANOVA
Attorney for Defendant
CARLOS VERA LA CRUZ

Dated: February 20, 2026              ERIC GRANT
United States Attorney

By:    /s/ Elliot Wong
ELLIOT WONG
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME              3

**ORDER**

IT IS HEREBY ORDERED as to Carlos Vera La Cruz, the court, having received, read and considered the parties' stipulation filed on February 20, 2026 (Doc. No. 70), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference (Possible Change of Plea Hearing) scheduled for February 27, 2026, is VACATED and RESET for March 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 27, 2026 and March 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **February 20, 2026**                   _____

Dena Coggins
United States District Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                4