WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: Wfp@Portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS VERA LA CRUZ, )<br>)<br>Defendant. )<br>) | Case No. 2:24-CR-00091-DC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Sean C. Riordan |

With the Court's permission, the defendant Carlos Vera la Cruz requests, and the government does not oppose, that the release conditions imposed on Mr. Vera la Cruz on April 30, 2025, be modified to add the following condition:

**13. Between the dates of Friday, May 21, 2026, to Sunday, May 23, you will be allowed to travel outside the Southern District of Florida, specifically to Plant City, Florida, in the Middle District of Florida, in order to accompany your son to a baseball tournament.[1] For all other dates you will continue to be restricted to the Southern District of Florida and the Eastern District of California as**

---

[1] These are the dates in the original stipulation. The Court grants the modification for May 22, 2026, to May 24, 2026, on the assumption that the parties may have made a clerical error.

1

**specified in Special Condition of Release #4 and subject to curfew, as specified in Special Condition of Release #11.**

Mr. Vera la Cruz' Supervising Probation Officer in the Southern District of Florida does not oppose this modification.  The United States does not oppose this modification.

All other terms and conditions of Mr. Vera la Cruz's pre-sentencing release shall remain in effect.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  May 21, 2026          /s/ William F. Portanova
                             WILLIAM F. PORTANOVA
                             Counsel for Defendant
                             CARLOS VERA LA CRUZ

DATED: May 21, 2026           ERIC GRANT
                             United States Attorney


                             /s/ Elliot Wong
                             ELLIOT WONG
                             Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: May 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2