WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: Wfp@Portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-00091-DC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE: MODIFICATION OF** |
| v. | ) | **DEFENDANT'S CONDITIONS OF** |
| | ) | **PRETRIAL RELEASE** |
| CARLOS VERA LA CRUZ, | ) | |
| | ) | Judge: Hon. Jeremy D. Peterson (JDP) |
| Defendant. | ) | |
| | ) | |

With the Court's permission, the defendant Carlos Vera la Cruz requests, and the government does not oppose, that the release conditions imposed on Mr. Vera la Cruz on April 30, 2025, be modified to add the following condition:

**14. Between the dates of Friday, July 3, 2026, to Thursday, July 9, you will be allowed to travel outside the Southern District of Florida, specifically to Viera, Florida, in the Middle District of Florida, in order to accompany your son to a baseball tournament.  For all other dates you will continue to be restricted to the Southern District of Florida and the Eastern District of California as specified in Special Condition of Release #4 and subject to curfew, as specified in Special Condition of Release #11.**

1

Mr. Vera la Cruz' Supervising Probation Officer in the Southern District of Florida does not oppose this modification.  The United States does not oppose this modification.

All other terms and conditions of Mr. Vera la Cruz's pre-sentencing release shall remain in effect.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  July 2, 2026                    /s/ William F. Portanova
                                        WILLIAM F. PORTANOVA
                                        Counsel for Defendant
                                        CARLOS VERA LA CRUZ

DATED: July 2, 2026                     ERIC GRANT
                                        United States Attorney

                                        /s/ Elliot Wong
                                        ELLIOT WONG
                                        Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:    July 6, 2026                  _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE
                                        JUDGE

2