WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VERA LA CRUZ,<br><br>Defendant. | CASE NO. 2:24−CR−00091−DC<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date: August 28, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena Coggins |

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for judgment and sentencing on August 28, 2026. By this stipulation, Defendant Carlos Vera la Cruz moves to continue the judgment and sentencing to November 13, 2026.
2. Mr. Vera la Cruz pleaded guilty pursuant to plea agreement on March 20, 2026.
3. This continuance of the sentencing date is required in order to afford defense counsel additional time to continue to finalize the legal and factual arguments to be made at sentencing, and continue providing information, as needed, to pretrial services. Additionally, defense counsel requires additional time to speak with the client and the

government regarding likely issues related to sentencing and immigration.

4. Therefore, Mr. Vera la Cruz respectfully requests that the present sentencing hearing and briefing schedules be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 13, 2026 |
| Reply or Statement of Non-Opposition: | November 6, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 30, 2026 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 23, 2026 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 16, 2026 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 9, 2026 |

Dated: July 29, 2026

*/s/ William F. Portanova*

__________________________

WILLIAM F. PORTANOVA
Attorney for Defendant
CARLOS VERA LA CRUZ

Dated: July 29, 2026

ERIC GRANT
United States Attorney

By: */s/ Elliot Wong*

__________________________

ELLIOT WONG
Assistant United States Attorney
(Per email authorization)

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 29, 2026 (Doc. No. 93), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for August 28, 2026, is VACATED and RESET for November 13, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than October 9, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than October 16, 2026; the final Report shall be submitted no later than October 23, 2026; Formal Objections or any Motion for Correction shall be submitted no later than October 30, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than November 5, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **July 31, 2026**

Dena Coggins
United States District Judge