WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
CARLOS VERA LA CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS VERA LA CRUZ,<br>Defendant. | CASE NO. 2:24−CR−00091−DC<br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br>Date: November 13, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena Coggins |

Defendant, CARLOS VERA LA CRUZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for judgment and sentencing on November 13, 2026. By this stipulation, Defendant Carlos Vera la Cruz moves to continue the judgment and sentencing to January 29, 2027.
2. Mr. Vera la Cruz pleaded guilty pursuant to plea agreement on March 20, 2026.
3. Defense counsel expect to be sent out to trial in Sacramento Superior Court October 3rd for what is anticipated to be a two-week trial running through the presently set sentencing date.
4. This continuance of the sentencing date is required in order to afford defense counsel

additional time to finalize the legal and factual arguments to be made at sentencing, and continue providing information, as needed, to pretrial services. Additionally, defense counsel requires additional time to speak with the client related to sentencing and immigration.

5. Therefore, Mr. Vera la Cruz respectfully requests that the present sentencing hearing and briefing schedules be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 29, 2027 |
| Reply or Statement of Non-Opposition: | January 22, 2027 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 15, 2027 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 8, 2027 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 1, 2027 |

Dated: October 23, 2026

*/s/ William F. Portanova*

____________________________
WILLIAM F. PORTANOVA
Attorney for Defendant
CARLOS VERA LA CRUZ

Dated: October 23, 2026

ERIC GRANT
United States Attorney

*/s/ Elliot Wong*

By: __________________________
ELLIOT WONG
Assistant United States Attorney
(Per email authorization)

**ORDER**

IT IS HEREBY ORDERED, as to Carlos Luis Vera La Cruz, the court, having received, read and considered the parties' stipulation filed on October 27, 2026 (Doc. No. 100), and good cause appearing therefrom, APPROVES, *as modified*, the parties' stipulation. Accordingly, the Sentencing Hearing scheduled for November 13, 2026, is VACATED and RESET for January 29, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

Additionally, it is ORDERED that the presently set Presentence Report briefing schedule is VACATED and RESET as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 29, 2027 |
| Reply or Statement of Non-Opposition: | January 21, 2027<br>by 12:00 PM<br>(Opposed to January 22, 2027) |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 15, 2027 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 8, 2027 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 1, 2027 |

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge